**Motion Granted; Abatement Order filed December 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00267-CR
_____

**JESUS GABRIEL ZAMARRIPA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 0483100**

---

## ABATEMENT ORDER

The reporter's record was filed on May 12, 2017. Appellant has filed a motion requesting abatement of the appeal for supplementation of the record. Appellant indicates the hearing on the trial court's ruling on appellant's motion to quash the indictment for lack of a speedy trial is missing from the reporter's record. Appellant further indicates the court reporter who took the record of the trial court's ruling on the speedy trial hearing is Carol Castillo, a substitute court reporter for the 178th District Court.

Texas Rule of Appellate Procedure 34.6(d) allows for supplementation of the reporter's record if relevant items are omitted. Accordingly, we grant appellant's motion.

Carol Castillo is directed to file a supplemental reporter's record on or before **January 19, 2018**, containing a transcript of the trial court's ruling on the speedy trial hearing. If the trial court's ruling on the speedy trial hearing was not transcribed, the court reporter is directed to file a certified statement on or before **January 19, 2018**, stating the trial court's ruling on the speedy trial hearing was not transcribed.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental reporter's record or certification of no transcript is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's brief is due **30 days** after the transcript of the supplemental reporter's record or certification of no transcript is filed.

PER CURIAM